1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 |   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6 |   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7 |
    GREGORY G. KATSAS
8 | United States Department of Justice
    Assistant Attorney General, Civil Division
9 | ELIZABETH J. STEVENS, VSBN 47445
    Assistant Director
10 | CHRISTOPHER W. DEMPSEY, ARSBN 2004099
    Trial Attorney
11 | Office of Immigration Litigation

12 |   P.O. Box 878, Ben Franklin Station
    Washington, D.C.  20044
13 |   Telephone: (202) 532-4110
    FAX: (202) 305-7000
14 |

15 | Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUMTAZUL HAQ NAZIR,<br><br>   Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; MICHAEL MUKASEY, in his Official Capacity, Attorney General, Department of Justice; NANCY ALCANTAR, in her Official Capacity, Field Office Director, San Francisco, California, U.S. Immigration and Customs Enforcement; EDWARD FLORES, Chief of Corrections, Santa Clara County Department of Corrections; and DAVID SEPULVEDA, Correctional Captain, Santa Clara County Main Jail Complex, Department of Corrections,<br><br>   Respondents. | No. C 08-4201 MHP<br><br>**STIPULATION TO SUSPEND BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

On September 4, 2008, Petitioner filed a petition for a writ of habeas corpus. On September 8, 2008, Petitioner filed an amended petition. On September 9, 2008, the parties stipulated to a briefing schedule in this matter, which this Court accepted and ordered on September 12, 2008. (Dkt. No. 7).

The parties hereby stipulate to suspend the briefing schedule in this case and jointly move this Court to vacate its Order setting said schedule. Petitioner and Respondent are actively pursuing settlement of this matter. The parties expressly reserve the right request that this matter be put back on calendar, either by stipulation or ex parte motion to the Court.

Dated: September 18, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA DEISS
Assistant United States Attorney
CHRISTOPHER W. DEMPSEY
Trial Attorney
Office of Immigration Litigation

Attorneys for Respondents

Date: September 18, 2008

_____/s/_____
MARC VAN DER HOUT
STACY TOLCHIN
ILYCE SHUGALL

Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/23/2008

_____
MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation to Suspend Briefing Schedule
C08-4201 MHP