Marc Van Der Hout  CA. Bar No. 80778
Stacy Tolchin CA. Bar No. 217431
Ilyce Shugall CA Bar. No. 250095
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner
Mumtazul Haq NAZIR

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mumtazul Haq NAZIR | Case No. CV 08-04201 MHP _____ |
| Petitioner, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | IMMIGRATION CASE |
| Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Michael MUKASEY, in his Official Capacity, Attorney General, Department of Justice; Nancy ALCANTAR, in her Official Capacity, Field Office Director, San Francisco, California, U.S. Immigration and Customs Enforcement; Edward FLORES, Chief of Corrections, Santa Clara County Department of Corrections; and David SEPULVEDA, Correctional Captain, Santa Clara County Main Jail Complex, Department of Corrections. | DHS No. A 096-061-288 |
| Respondents. | |

On September 23, 2008, pursuant to the stipulation of the parties, the Court suspended the briefing and vacated the briefing schedule in this matter due to the parties' representation that they were actively pursuing settlement. The parties have now settled this matter.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Mr. Nazir files this notice to voluntarily dismiss the pending matter. This action may be dismissed voluntarily by Petitioner without order of the court, as the notice of dismissal is filed before Respondents have served an answer or motion for summary judgment.

Dated: October 3, 2008            Respectfully submitted,

                                  _____/s/_____
                                  Marc Van Der Hout  CA. Bar No. 80778
                                  Stacy Tolchin CA. Bar No. 217431
                                  Ilyce Shugall CA Bar. No. 250095
                                  Van Der Hout, Brigagliano & Nightingale, LLP
                                  180 Sutter Street, Fifth Floor
                                  San Francisco, California 94104
                                  Telephone:  (415) 981-3000
                                  Facsimile:  (415) 981-3003
                                  Email: ndca@vblaw.com

                                  Attorneys for Petitioner
                                  Mumtaz Ulhaq NAZIR



Notice of Voluntary Dismissal            1            Case No. CV 08-04201 MHP